**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10215 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00304-LDG |
| v. | |
| OSCAR ALEJANDRO GARCIA-LUQUIN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted February 18, 2014[**]

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Oscar Alejandro Garcia-Luquin appeals from the district court's judgment

and challenges the 40-month sentence imposed following his guilty-plea

conviction for being a deported alien found unlawfully in the United States, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

Garcia-Luquin contends that the district court erred by failing to recognize its discretion to vary downward from the Guidelines range to account for the government's failure to move for a third-level reduction for acceptance of responsibility. Effective November 1, 2013, U.S.S.G. § 3E1.1 was amended to clarify that "[t]he government should not withhold [a motion for reduction for acceptance of responsibility] based on interests not identified in § 3E1.1, such as whether the defendant agrees to waive his or her right to appeal." U.S.S.G. § 3E1.1 cmt. n.6. The government concedes, and we agree, that Garcia-Luquin is entitled to a new sentencing hearing at which the government will move for the third level.

In light of our decision, we do not reach Garcia-Luquin's contention that the 40-month sentence is substantively unreasonable.

**VACATED and REMANDED for resentencing.**